**Law Office of Evan L. Lipton**
**260 Madison Avenue, Floor 22**
**New York, New York 10016**
**(917) 924-9800**
ell@evanliptonlaw.com

September 24, 2024

By ECF
Hon. Kevin P. Castel
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *United States v. Herbert Rosa*,
24 Cr. 359 (KPC)

Dear Judge Castel:

    I represent Herbert Rosa who is scheduled to be sentenced on October 9, 2024, following a plea to a one-count felony information charging him with accepting bribery payments while employed at NYCHA. I write to respectfully request an adjournment of these proceedings to a date on or after November 9, 2024. I make this request because to allow additional time to collect relevant sentencing materials.

    This is the first application for an adjournment in this matter. I have contacted Assistant United States Attorney Jerry Fang to obtain his position. Due to the timeliness of this application, I am filing today although I have yet to hear back from Mr. Fang.

    Thank you for your consideration.

Respectfully yours,

Evan L. Lipton
*Attorney for Herbert Rosa*

Cc: Gov't counsel (by ECF)

Sentencing is adjourned from October 9, 2024 to November 19, 2024 at 12:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 9/24/2024

P. Kevin Castel
United States District Judge